## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LUTHERAN CHURCH OF THE GOOD SHEPHERD,**<br>    Plaintiff,<br><br>v.<br><br>**BROTHERHOOD MUTUAL INSURANCE COMPANY,**<br>    Defendant. | Case No. 4:22-CV-00223-CVE-SH |

### JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff Lutheran Church of the Good Shepherd ("Plaintiff") and Defendant Brotherhood Mutual Insurance Company, ("Defendant") and file this Joint Notice of Settlement and in support thereof would respectfully show the Court:

Plaintiff and Defendant, by and through the undersigned attorneys, respectfully notify the Court that they have reached a settlement in principle for this matter. The parties are in the process of documenting the settlement, including the Final Release and Settlement Agreement and a Joint Motion to Dismiss with Prejudice and proposed Order.

The Parties anticipate having final documents completed, and the Joint Motion and Order for Dismissal filed with the Court within 60 days so that this matter can be closed.

*(Signatures on following page)*

Respectfully submitted,

| | |
|---|---|
| **GREEN KLEIN WOOD & JONES** | **HILTGEN & BREWER, P.C.** |
| By: */s/ William T. Jones, Jr.* | By: */s/ Michael W. Brewer (Signed with permission)* |
| WILLIAM T. JONES, JR. | MICHAEL W. BREWER |
| Texas Bar No.: 24032601 | Oklahoma Bar. No.: 1769 |
| bjones@greentriallaw.com | mbrewer@hbokc.law |
| DELARAM FALSAFI | WILLIAM W. WHITEHURST |
| Texas Bar No.: 24113083 | Oklahoma Bar No.: 34820 |
| falsafi@greentriallaw.com | wwhitehurst@hbokc.law |
| 408 East 7th Street | 9505 North Kelley Avenue |
| Houston, Texas 77007 | Oklahoma City, Oklahoma 73131 |
| Telephone: (713) 654-9222 | Telephone: (405) 605-9000 |
| Facsimile: (713) 654-2155 | Facsimile: (405) 605-9010 |

**-And-**

**MCINTYRE LAW, PC.**
Noble McIntyre, OBA No. 16359
noble@mcintyrelaw.com
JEREMY THURMAN, OBA No. 19586
jeremy@mcintyrelaw.com
8601 South Western Avenue
Oklahoma City, Oklahoma, 73139
Telephone: (405) 917-5200
Facsimile: (405) 917-5405

**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael W. Brewer, OBA #11769
William W. Whitehurst, OBA #34820
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, Oklahoma 73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
mbrewer@hbokc.law
wwhitehurst@hbokc.law

**ATTORNEYS FOR DEFENDANT**

                                            */s/ William T. Jones, Jr.*
                                            WILLIAM T. JONES, JR