UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LUTHERAN CHURCH OF THE GOOD SHEPHERD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-CV-0223-CVE-SH |
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ADMINISTRATIVE CLOSING ORDER

Before the Court is the parties' joint notice of settlement (Dkt. # 80) advising that this matter has settled. Based upon the representation of the parties and for good cause shown, the Court finds that this matter should be and is hereby administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, this matter is **administratively closed** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending deadlines, including the **February 2, 2024** settlement conference set before Magistrate Judge Steele, and the **February 20, 2024** pretrial conference and the **March 4, 2024** jury trial set before the undersigned, are hereby **stricken**. **The parties shall file their fully-executed joint stipulation of dismissal no later than April 1, 2024 as requested (see Dkt. # 80)**.

**DATED** this 31st day of January, 2024.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE