## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

LUTHERAN CHURCH OF THE
GOOD SHEPHERD,

               Plaintiff,

v.

Case No.:  22-cv-223-CVE-SH

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

               Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lutheran Church of the Good Shepherd, by and through its counsel of record, dismisses its cause of action against Defendant Brotherhood Mutual Insurance Company with prejudice to the refiling of said cause.

**APPROVED:**

/s/ William T. Jones, Jr.
William T. Jones, Jr. (*Pro Hac Vice*)
Delaram Falsafi (*Pro Hac Vice*)
**GREEN KLEIN & WOOD**
bjones@greentriallaw.com
falsafi@greentriallaw.com

Noble McIntyre, OBA #16359
Jeremy Thurman, OBA #19586
**MCINTYRE LAW, P.C.**
noble@mcintyrelaw.com
jeremy@mcintyrelaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Michael W. Brewer
Michael W. Brewer, OBA #11769
William W. Whitehurst, OBA #34820
**HILTGEN & BREWER, P.C.**
mbrewer@hbokc.law
wwhitehurst@hbokc.law
**ATTORNEYS FOR DEFENDANT**